UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE: :   LYNN ARNETT MATHENY                                BK. NO. 11-01334
            ELSIE ALICE MATHENY

## NOTICE OF CHANGE OF ADDRESS

Now come the Debtors, Lynn Arnett Matheny and Elsie Alice Matheny, by counsel, to inform the Court of their change of address from RR 2 Box 498, Shinnston, WV 26431 to the new address of 110 Carmel Estates Dr, Shinnston, WV 26431.

/s/ MICHAEL G. CLAGETT
Michael G. Clagett #726
Clagett Law Office
37 Grande Meadows Dr
Ste 101
Bridgeport, WV 26330-9035
304-592-0202 (tel)
304-592-2236 (fax)